SISSON et al., Respondents, v. GRIPPS, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by Harry T. Sisson and Edward T. Sisson, copartners doing business under the name of James B. Sisson Sons, against James C. Gripps. No opinion. Judgment affirmed, with costs.

In re SKELLY. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) In the matter of the application of Luke Skelly for a writ of mandamus, etc. No opinion. Order affirmed, with costs.

SLADE, Respondent, v. MONTGOMERY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Richmond E. Slade against Howard T. Montgomery and another. No opinion. Motions for reargument and for resettlement of order denied. See 65 N. Y. Supp. 709.

SMITH, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Term. November 7, 1900.) Action by Alvarez H. Smith against Marion Palmer. From a judgment for defendant, plaintiff appeals. Reversed. E. F. Brown, for appellant. M. J. Briggs, for respondent.

PER CURIAM. The record discloses no conflict of evidence, except as to the alleged special agreement about the rate at which visits were to be charged for. Upon the uncontradicted evidence the plaintiff was entitled to receive something. No special defenses were pleaded, and none can therefore be availed of. The defendant did not make the objection in the trial that the book of original entries was not produced. If she had, the plaintiff might have produced it. Judgment reversed, and new trial granted, with costs to appellant to abide the event.

SMITH, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Goldsborough C. Smith against De Wane B. Smith and another. No opinion. Judgment affirmed, with costs.

SNOWDEN v. TOWN OF SOMERSET. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Sarah J. Snowden against the town of Somerset. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 1088.

SOLVAY PROCESS CO., Appellant, v. KENT, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by the Solvay Process Company against Percy Kent.

PER CURIAM. Order reversed, with $10 costs and disbursements to the appellant, without prejudice to the respondent's right to apply for another commission. Held, that the order appealed from was improper, for the reason that it fixed no time for the return of the commission, and granted a stay of proceedings until its return, which stay was, consequently, unlimited as to time.

SPENCER, Respondent, v. CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by James D. Spencer against the city of Watertown. No opinion. Judgment affirmed, with costs.

SPRAGUE v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Fanny Sprague against the city of Rochester. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. All concur. See 64 N. Y. Supp. 846.

STAPF, Respondent, v. BUFFALO SAVINGS & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Emma Stapf against the Buffalo Savings & Loan Association. No opinion. Appeal dismissed, under general rule 39.

STAPF, Respondent, v. BUFFALO SAVINGS & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Emma Stapf against the Buffalo Savings & Loan Association.

PER CURIAM. Motion to vacate order of dismissal and restore case to calendar granted, and the case is hereby placed at the foot of the present calendar of this court. This order is granted upon condition that the case be argued when reached in its regular order.

STILES, Appellant, v. BUSH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by Leon W. Stiles against Frances I. Bush and another. No opinion. Judgment affirmed, with costs.

SWIFT, Appellant, v. FINNIGAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by Fred H. Swift against George P. Finnigan and others. No opinion. Motion denied, without costs to either party. See 65 N. Y. Supp. 723.

SWIFT, Appellant, v. FINNIGAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by Fred H. Swift against George P. Finnigan and others. No opinion.